**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 13, 2014.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-00851-CV

### MATTHEW W. WASSERMAN, Appellant

### V.

### CHRISTINA BERGERON GUGEL, Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-24997**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 12, 2013. On February 5, 2014, appellant(s) filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.